IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
MAY 08 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ARMANDO PEREZ,<br><br>           Defendant. | CASE NO. 1:15-MJ-00067<br><br>[PROPOSED] ORDER TO UNSEAL COMPLAINT |

This complaint was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

      IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED:   May 8, 2015

STANLEY A. BOONE
U.S. Magistrate Judge

2